UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCEY RODRIGO OLIVARES CENTENO, <br><br> Petitioner, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al*., <br><br> Respondents. | Case No.:  26-cv-70-JO-BJW <br><br> **ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]** |

Petitioner Percey Rodrigo Olivares Centeno ("Petitioner") filed a petition for writ of habeas corpus.  Dkt. 1.  On January 22, 2026, the Court held oral argument on the petition.  For the reasons stated on the record, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's habeas petition [Dkt. 1].

(2) Respondents are ORDERED to release Petitioner by 5 p.m. on January 23, 2026.  Respondents are ORDERED to file an affidavit attesting to Petitioner's release by 5 p.m. on January 26, 2026.

(3) Respondents are ENJOINED from redetaining Petitioner without a pre-deprivation hearing before an immigration judge, at which the Government bears the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a flight risk.  *See Singh v. Holder*, 638 F.3d

1

1196, 1208 (9th Cir. 2011).

(4) Respondents shall file a written declaration attesting to full compliance with these obligations.  Respondents are ENJOINED from redetaining Petitioner until 48 hours **after** filing the written declaration.

**IT IS SO ORDERED.**

Date: January 22, 2026

_____

Honorable Jinsook Ohta
United States District Judge

26-cv-70-JO-BJW